## CHARLES POUPARD AND GEORGE McDOUGALL
### *versus* HYACINTHE DESJARDINS, ADMINISTRATOR OF THE ESTATE OF JEAN BAPTISTE ALOIRE, DIT LAPIERRE, DECEASED

JOURNAL ENTRIES (1818): *Journal 2:* (1) Papers filed and considered part of records *p. 588; (2) motion for leave to file reasons *p. 594; (3) facts found, decree *p. 605.
PAPERS IN FILE: (1) Reasons to reverse decree, joinder in errors.

## FRANCIS LASSELLE, ADMINISTRATOR, ETC., OF JAMES LASSELLE, DECEASED, *versus* HENRY BERTHELET

JOURNAL ENTRIES (1818–19): *Journal 2:* (1) Recognizance, declaration filed, rule to plead *p. 588; (2) discontinued *p. 666.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) declaration, oyer.
*Office Docket*, MS p. 67, c. 2.

## GABRIEL GODFROY *versus* FRANÇOIS DUCHARME

JOURNAL ENTRIES (1818–19): *Journal 2:* (1) Continued *p. 590; (2) death suggested, proceedings stayed *p. 666.
PAPERS IN FILE: (1) Precipe and affidavit; (2) capias and return.
*Office Docket*, MS p. 54, c. 2.